10/31/22, 4:41 PM
Case 3:21-cv-01399-SMY   Document 23-2   Filed 11/01/22   Page 1 of 1   Page ID #114
List of BOP locations
Exhibit C



# Federal Bureau of Prisons
Courage. Respect. Integrity. Correctional Excellence.

A-Z Topics • Site Map • FOIA

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

## Our Locations

List of our facilities    Map of our locations    Search for a facility

All Regions ▼   All States ▼   Prisons ▼   All Security Levels ▼   All Prison Types ▼   Uncategorized ▼

| | | | | | |
|---|---|---|---|---|---|
| Alderson FPC | Carswell FMC | Fort Worth FMC | Manchester FCI | Oklahoma City FTC | SeaTac FDC |
| Aliceville FCI | Chicago MCC | Gilmer FCI | Marianna FCI | Otisville FCI | Sheridan FCI |
| Allenwood FCC | Coleman FCC | Greenville FCI | Marion USP | Oxford FCI | Springfield MCFP |
| Ashland FCI | Cumberland FCI | Guaynabo MDC | McCreary USP | Pekin FCI | Talladega FCI |
| Atlanta USP | Danbury FCI | Hazelton FCC | McDowell FCI | Pensacola FPC | Tallahassee FCI |
| Atwater USP | Devens FMC | Herlong FCI | McKean FCI | Petersburg FCC | Terminal Island FCI |
| Bastrop FCI | Dublin FCI | Honolulu FDC | McRae CI | Philadelphia FDC | Terre Haute FCC |
| Beaumont FCC | Duluth FPC | Houston FDC | Memphis FCI | Phoenix FCI | Texarkana FCI |
| Beckley FCI | Edgefield FCI | Jesup FCI | Mendota FCI | Pollock FCC | Thomson USP |
| Bennettsville FCI | El Reno FCI | La Tuna FCI | Miami FCI | Ray Brook FCI | Three Rivers FCI |
| Berlin FCI | Elkton FCI | Leavenworth USP | Miami FDC | Rochester FMC | Tucson FCC |
| Big Sandy USP | Englewood FCI | Lee USP | Milan FCI | Safford FCI | Victorville FCC |
| Big Spring FCI | Estill FCI | Lewisburg USP | Montgomery FPC | San Diego MCC | Waseca FCI |
| Brooklyn MDC | Fairton FCI | Lexington FMC | Morgantown FCI | Sandstone FCI | Williamsburg FCI |
| Bryan FPC | Florence FCC | Lompoc FCC | New York MCC | Schuylkill FCI | Yankton FPC |
| Butner FCC | Forrest City FCC | Loretto FCI | Oakdale FCC | Seagoville FCI | Yazoo City FCC |
| Canaan USP | Fort Dix FCI | Los Angeles MDC | | | |

### About Us
- About Our Agency
- About Our Facilities
- Historical Information
- Statistics

### Inmates
- Find an Inmate
- First Step Act
- Communications
- Custody & Care
- Visiting
- Voice a Concern

### Locations
- List of our Facilities
- Map of our Locations
- Search for a Facility

### Careers
- Life at the BOP
- Explore Opportunities
- Current Openings
- Application Process
- Our Hiring Process

### Business
- Acquisitions
- Solicitations & Awards
- Reentry Contracting

### Resources
- Policy & Forms
- News Stories
- Press Releases
- Publications
- Research & Reports

### Resources For ...
- Victims & Witnesses
- Employees
- Volunteering
- Former Inmates
- Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

