```
CSTAG  531.01 *              INMATE HISTORY         *    10-28-2022
PAGE 001       *                ADM-REL             *    12:48:10


  REG NO..: 42371-054 NAME....: AL-OWHALI, MOHAMED RASHED D
  CATEGORY: ARS         FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-17-2021 1240 CURRENT
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-17-2021 1440 12-17-2021 1440
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-17-2021 1020 12-17-2021 1440
OKL    HLD REMOVE HOLDOVER REMOVED             12-17-2021 0920 12-17-2021 0920
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 11-30-2021 1720 12-17-2021 0920
3-M    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-30-2021 1820 11-30-2021 1820
3-M    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-30-2021 0634 11-30-2021 1820
MAR    TRANSFER   TRANSFER                      11-30-2021 0534 11-30-2021 0534
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-29-2017 1444 11-30-2021 0534
MAR    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-29-2017 1324 08-29-2017 1444
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-13-2017 1449 08-29-2017 1324
MAR    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-13-2017 1207 07-13-2017 1449
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-30-2017 1428 07-13-2017 1207
MAR    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-30-2017 1203 05-30-2017 1428
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-05-2015 1435 05-30-2017 1203
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-05-2015 1535 10-05-2015 1535
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-05-2015 1000 10-05-2015 1535
OKL    HLD REMOVE HOLDOVER REMOVED             10-05-2015 0900 10-05-2015 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 09-24-2015 1740 10-05-2015 0900
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-24-2015 1840 09-24-2015 1840
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-24-2015 0928 09-24-2015 1840
FLM    TRANSFER   TRANSFER                      09-24-2015 0728 09-24-2015 0728
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-13-2009 1257 09-24-2015 0728
4-A    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-13-2009 1457 11-13-2009 1457
4-A    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-13-2009 0641 11-13-2009 1457
NYM    HLD REMOVE HOLDOVER REMOVED             11-13-2009 0641 11-13-2009 0641
NYM    A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-13-2009 1540 11-13-2009 0641
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-13-2009 1540 10-13-2009 1540
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-2009 0921 10-13-2009 1540
FLM    FED WRIT   RELEASE ON FEDERAL WRIT       10-13-2009 0721 11-13-2009 1257
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-20-2006 1600 10-13-2009 0721
6-N    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-20-2006 1800 07-20-2006 1800
6-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-20-2006 1235 07-20-2006 1800
BUH    TRANSFER   TRANSFER                      07-20-2006 1235 07-20-2006 1235
BUH    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-06-2006 1340 07-20-2006 1235
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-06-2006 1340 04-06-2006 1340
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-06-2006 0800 04-06-2006 1340
FLM    TRANSFER   TRANSFER                      04-06-2006 0600 04-06-2006 0600
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-14-2001 1245 04-06-2006 0600
3-D    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-14-2001 1445 12-14-2001 1445
3-D    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-14-2001 0802 12-14-2001 1445




G0002      MORE PAGES TO FOLLOW . . .
```

Attachment 1                                                        BOP000013

```
 CSTAG  531.01 *                 INMATE HISTORY             *      10-28-2022
PAGE 002 OF 002 *                   ADM-REL                 *      12:48:10


  REG NO..: 42371-054 NAME....: AL-OWHALI, MOHAMED RASHED D
  CATEGORY: ARS        FUNCTION: PRT       FORMAT:

FCL     ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
LEW     HLD REMOVE HOLDOVER REMOVED              12-14-2001 0802 12-14-2001 0802
LEW     A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-21-2001 0948 12-14-2001 0802
4-A     RELEASE    RELEASED FROM IN-TRANSIT FACL 10-21-2001 0948 10-21-2001 0948
4-A     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-21-2001 0719 10-21-2001 0948
NYM     HLD REMOVE HOLDOVER REMOVED              10-21-2001 0719 10-21-2001 0719
NYM     A-HLD      HOLDOVER, TEMPORARILY HOUSED  05-29-2001 1625 10-21-2001 0719
NYM     ADM CHANGE RELEASE FOR ADMISSION CHANGE  05-29-2001 1629 05-29-2001 1629
NYM     A-PRE      PRE-SENT ADMIT, ADULT         08-27-1998 1529 05-29-2001 1629




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

BOP000014