```
  CSTAG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-28-2022
PAGE 001 OF                                                          12:49:17
     FUNCTION: L-P SCOPE: REG   EQ 42371-054     OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM __________ THRU __________ DT STS: FROM __________ THRU __________
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ______ ______ ______ ______ ______ ______ ______ ______ ______ ______
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: __________ __________ __________ __________ __________ __________
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ __________ __________ __________ __________ __________ __________
RCV QTR..: EQ __________ __________ __________ __________ __________ __________
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ __________ __________ __________ __________ __________ __________
ORIG QTR.: EQ __________ __________ __________ __________ __________ __________

G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 270063-F1      SUB1: 13HM SUB2:      DATE RCV:   06-12-2002
UNT  RCV..:B            QTR RCV.: Z03-205LAD    FACL RCV: FLM
UNT  ORG..:B            QTR ORG.: Z03-205LAD    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                         RESP DUE:
ABSTRACT.: UNKNOWN REQUEST/TEXT WRITTEN IN ARABIC/NOT LEGIBLE
STATUS DT: 06-12-2002  STATUS CODE: REJ STATUS REASON: OTH CON INF RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 06-12-2002
REMARKS..: PLEASE SUBMIT YOUR REQUEST IN ENGLISH.
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 275501-F1      SUB1: 21AM SUB2:      DATE RCV:   08-16-2002
UNT  RCV..:H            QTR RCV.: H03-105L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-105L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  THU  09-05-2002
ABSTRACT.: APPEALS INCIDENT REPORT
STATUS DT: 08-30-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1017860   RCT: P EXT:   DATE ENTD: 08-16-2002
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 276821-F1      SUB1: 21AM SUB2:        DATE RCV:   09-03-2002
UNT  RCV..:H            QTR RCV.: H03-106L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-106L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                   RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1023023   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 276822-F1      SUB1: 21AM SUB2:        DATE RCV:   09-03-2002
UNT  RCV..:H            QTR RCV.: H03-106L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-106L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                   RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1023027   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 276824-F1      SUB1: 21AM SUB2:       DATE RCV:   09-03-2002
UNT  RCV..:H            QTR RCV.: H03-106L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-106L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1018537   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 276826-F1      SUB1: 21AM SUB2:       DATE RCV:   09-03-2002
UNT  RCV..:H            QTR RCV.: H03-106L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-106L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1022676   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 276827-F1      SUB1: 21AM SUB2:      DATE RCV:   09-03-2002
UNT  RCV..:H            QTR RCV.: H03-106L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-106L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-16-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1021658   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 276828-F1      SUB1: 21AM SUB2:      DATE RCV:   09-03-2002
UNT  RCV..:H            QTR RCV.: H03-106L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-106L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1019073   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 293902-F1 SUB1: 16ZM SUB2: DATE RCV: 03-21-2003
UNT RCV..:H QTR RCV.: H03-106L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H03-106L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: RESP DUE:
ABSTRACT.: CLMS DID NOT RECEIVE MAIL FOR (?) 2002 & 1-2003
STATUS DT: 03-21-2003 STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.: RCT: EXT: DATE ENTD: 03-21-2003
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 295782-F1 SUB1: 16ZM SUB2: DATE RCV: 04-10-2003
UNT RCV..:H QTR RCV.: H04-204L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-204L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 RESP DUE: WED 04-30-2003
ABSTRACT.: INMATE CLAIMS HE IS NOT RECEIVING HIS MAIL
STATUS DT: 04-23-2003 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 04-10-2003
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 295782-R1      SUB1: 16ZM SUB2:      DATE RCV:   07-28-2003
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-204L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:
ABSTRACT.: INMATE CLAIMS HE IS NOT RECEIVING HIS MAIL
STATUS DT: 07-28-2003  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-30-2003
REMARKS..: RESUBMIT YOUR APPEAL IN ENGLISH.
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 295782-A1      SUB1: 16ZM SUB2:      DATE RCV:   09-22-2003
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-204L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:
ABSTRACT.: INMATE CLAIMS HE IS NOT RECEIVING HIS MAIL
STATUS DT: 09-22-2003  STATUS CODE: REJ STATUS REASON: OTH UTA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-25-2003
REMARKS..: CONCUR WITH REGION FOR REJECTING YOUR APPEAL(FILED
           FILED IN ARABIC). ALSO, YOUR APPEAL TO THIS OFFICE
           OFFICE IS UNTIMELY. (PM 09-03-03)
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 315632-F1      SUB1: 33HM SUB2:        DATE RCV:   11-04-2003
UNT  RCV..:H            QTR RCV.: H04-201L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1           RESP DUE:  MON  11-24-2003
ABSTRACT.: CLMS HE CAN'T WRITE COMPLAINTS IN ENGLISH
STATUS DT: 11-10-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-04-2003
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 317754-F1      SUB1: 26DM SUB2:        DATE RCV:   11-26-2003
UNT  RCV..:H            QTR RCV.: H04-206L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  12-16-2003
ABSTRACT.: CLMS DR. STOPPED DEPRESSION MEDICATION
STATUS DT: 12-05-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-26-2003
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                        QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 315632-R1      SUB1: 33HM SUB2:      DATE RCV:   12-08-2003
UNT  RCV..:H            QTR RCV.: H04-206L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1          RESP DUE:  WED  01-07-2004
ABSTRACT.: CLMS HE CAN'T WRITE COMPLAINTS IN ENGLISH
STATUS DT: 12-18-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-11-2003
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                        QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 319730-F1      SUB1: 13HM SUB2:      DATE RCV:   12-17-2003
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  01-06-2004
ABSTRACT.: CLMS HOUSING STATUS IS TOO RESTRICTIVE
STATUS DT: 12-23-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-17-2003
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                       QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 320547-F1      SUB1: 17AM SUB2:      DATE RCV:   12-30-2003
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1 BOP  1   RESP DUE:
ABSTRACT.: WANTS TO ADD GRANDPARENTS TO APPROVED PHONE LIST
STATUS DT: 12-30-2003  STATUS CODE: REJ STATUS REASON: SIG RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 12-30-2003
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                       QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 317754-R1      SUB1: 26DM SUB2:      DATE RCV:   01-09-2004
UNT  RCV..:H            QTR RCV.: H04-205L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  03-09-2004
ABSTRACT.: CLMS DR. STOPPED DEPRESSION MEDICATION
STATUS DT: 03-15-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-20-2004
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 320547-F2      SUB1: 17AM SUB2:      DATE RCV:   01-12-2004
UNT  RCV..:H            QTR RCV.: H04-205L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1 BOP  1   RESP DUE:  SUN  02-01-2004
ABSTRACT.: WANTS TO ADD GRANDPARENTS TO APPROVED PHONE LIST
STATUS DT: 01-21-2004  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-12-2004
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 319730-R1      SUB1: 13HM SUB2:      DATE RCV:   01-12-2004
UNT  RCV..:H            QTR RCV.: H04-205L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  02-11-2004
ABSTRACT.: CLMS HOUSING STATUS IS TOO RESTRICTIVE
STATUS DT: 02-04-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-21-2004
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 315632-A1 SUB1: 33HM SUB2: DATE RCV: 01-13-2004
UNT RCV..:H QTR RCV.: H04-205L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-201L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 RESP DUE:
ABSTRACT.: CLMS HE CAN'T WRITE COMPLAINTS IN ENGLISH
STATUS DT: 01-13-2004 STATUS CODE: REJ STATUS REASON: RAP RSA
INCRPTNO.: RCT: EXT: DATE ENTD: 01-15-2004
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 320547-R1 SUB1: 17AM SUB2: DATE RCV: 02-12-2004
UNT RCV..:H QTR RCV.: H04-204L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-201L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 2 NCR 1 BOP 1 RESP DUE: SAT 03-13-2004
ABSTRACT.: WANTS TO ADD GRANDPARENTS TO APPROVED PHONE LIST
STATUS DT: 02-27-2004 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 02-19-2004
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 319730-A1 SUB1: 13HM SUB2: DATE RCV: 03-10-2004
UNT RCV..:H QTR RCV.: H04-206L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-201L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 1 RESP DUE: SUN 05-09-2004
ABSTRACT.: CLMS HOUSING STATUS IS TOO RESTRICTIVE
STATUS DT: 05-18-2004 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 03-17-2004
REMARKS..: 05-07-2004: TO D. RAIA, LCI, FOR REVIEW
05-18-2004: RETURNED BY D. RAIA

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 320547-A1 SUB1: 17AM SUB2: DATE RCV: 04-13-2004
UNT RCV..:H QTR RCV.: H04-203L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-201L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 2 NCR 1 BOP 1 RESP DUE: SAT 06-12-2004
ABSTRACT.: WANTS TO ADD GRANDPARENTS TO APPROVED PHONE LIST
STATUS DT: 10-25-2004 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 04-19-2004
REMARKS..: 6-15-2004: TAKEN TO D. RAIA, LCI, FOR REVIEW.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 317754-A1 SUB1: 23BM SUB2: DATE RCV: 04-13-2004
UNT RCV..:H QTR RCV.: H04-203L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-206L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 1 RESP DUE: SAT 06-12-2004
ABSTRACT.: CLMS STRIP SEARCH WAS NOT LEGAL
STATUS DT: 06-14-2004 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 04-21-2004
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 355311-F1 SUB1: 17AM SUB2: DATE RCV: 10-18-2004
UNT RCV..:H QTR RCV.: H04-201L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-201L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 RESP DUE: SUN 11-07-2004
ABSTRACT.: COMPLAINS OF NOT COMPLETING MONTHLY PHONE CALL
STATUS DT: 10-28-2004 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 10-18-2004
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 358077-F1      SUB1: 16ZM SUB2:        DATE RCV:   11-10-2004
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                   RESP DUE:  TUE  11-30-2004
ABSTRACT.: CLMS INCOMING & OUTGOING MAIL TAKING TOO LONG
STATUS DT: 11-23-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-10-2004
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 366978-F1      SUB1: 13ZM SUB2:        DATE RCV:   02-11-2005
UNT  RCV..:H            QTR RCV.: H04-206L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  THU  03-03-2005
ABSTRACT.: OBJECTS TO SAM RESTRICTIONS
STATUS DT: 02-22-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 02-11-2005
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 366978-R1      SUB1: 13ZM SUB2:        DATE RCV:   03-14-2005
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  04-13-2005
ABSTRACT.: OBJECTS TO SAM RESTRICTIONS
STATUS DT: 03-30-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-15-2005
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 366978-A1      SUB1: 13ZM SUB2:        DATE RCV:   05-02-2005
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  07-01-2005
ABSTRACT.: OBJECTS TO SAM RESTRICTIONS
STATUS DT: 07-13-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-25-2005
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 376129-F1      SUB1: 16EM SUB2:      DATE RCV:   05-13-2005
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  THU  06-02-2005
ABSTRACT.: CLMS MAIL IS HELD LONGER THAN SAM TIME LIMIT
STATUS DT: 05-23-2005  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 05-13-2005
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 376129-R1      SUB1: 16EM SUB2:      DATE RCV:   06-07-2005
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  THU  07-07-2005
ABSTRACT.: CLMS MAIL IS HELD LONGER THAN SAM TIME LIMIT
STATUS DT: 07-03-2005  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 06-16-2005
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 382124-F1      SUB1: 13ZM SUB2:        DATE RCV:   07-12-2005
UNT  RCV..:H            QTR RCV.: H04-204L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-204L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  MON  08-01-2005
ABSTRACT.: COMPLAINS OF SAMS RESTRICTIONS
STATUS DT: 07-25-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 07-12-2005
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 376129-A1      SUB1: 16EM SUB2:        DATE RCV:   08-02-2005
UNT  RCV..:H            QTR RCV.: H04-204L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SAT  10-01-2005
ABSTRACT.: CLMS MAIL IS HELD LONGER THAN SAM TIME LIMIT
STATUS DT: 10-11-2005  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 08-05-2005
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 404563-F1      SUB1: 25DM SUB2:       DATE RCV:   02-24-2006
UNT  RCV..:H            QTR RCV.: H03-110L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-110L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  WED  04-05-2006
ABSTRACT.: WANTS PERSONAL PROPERTY RETURNED
STATUS DT: 03-16-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-24-2006
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 406191-F1      SUB1: 15BM SUB2:       DATE RCV:   03-09-2006
UNT  RCV..:H            QTR RCV.: H03-110L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-110L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  TUE  04-18-2006
ABSTRACT.: CMPLNS OF CLOCK BEING REMOVED FROM IN FRONT OF CELL
STATUS DT: 05-05-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-09-2006
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 406799-F1      SUB1: 33GM SUB2:       DATE RCV:   03-15-2006
UNT  RCV..:H            QTR RCV.: H03-110L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-110L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  TUE  04-04-2006
ABSTRACT.: CMPLNS OF LEGAL MATERIAL BEING REMOVED
STATUS DT: 03-28-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-15-2006
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 434234-F1      SUB1: 16ZM SUB2:       DATE RCV:   11-20-2006
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  SUN  12-10-2006
ABSTRACT.: CMPLNS OF UNREASONABLE DELAY OF MAIL
STATUS DT: 12-04-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-20-2006
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                         QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 434640-F1      SUB1: 11GM SUB2:            DATE RCV:   11-24-2006
UNT  RCV..:H            QTR RCV.: H04-210L            FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L            FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1                RESP DUE:  THU  12-14-2006
ABSTRACT.: CMPLNS OF LACK OF RECREATION
STATUS DT: 11-30-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-24-2006
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                         QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 434640-R1      SUB1: 11GM SUB2:            DATE RCV:   12-18-2006
UNT  RCV..:H            QTR RCV.: H04-210L            FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L            FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1                RESP DUE:  WED  01-17-2007
ABSTRACT.: CMPLNS OF LACK OF RECREATION
STATUS DT: 01-16-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-22-2006
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 434234-R1      SUB1: 16ZM SUB2:        DATE RCV:   12-18-2006
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  FRI  02-16-2007
ABSTRACT.: CMPLNS OF UNREASONABLE DELAY OF MAIL
STATUS DT: 01-23-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-22-2006
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 438578-F1      SUB1: 13ZM SUB2:        DATE RCV:   01-05-2007
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  THU  01-25-2007
ABSTRACT.: APPEALS SAMS RESTRICTIONS
STATUS DT: 01-16-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-05-2007
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 438578-R1      SUB1: 13ZM SUB2:         DATE RCV:   01-26-2007
UNT  RCV..:H            QTR RCV.: H04-210L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SUN  02-25-2007
ABSTRACT.: APPEALS SAMS RESTRICTIONS
STATUS DT: 02-16-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-29-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 441232-F1      SUB1: 21AM SUB2:         DATE RCV:   01-31-2007
UNT  RCV..:H            QTR RCV.: H04-210L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  MON  03-12-2007
ABSTRACT.: UDC APPEAL / CODE 307 / HEARING DATE 1/23/07
STATUS DT: 03-01-2007  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.: 1558088   RCT: P EXT: P DATE ENTD: 01-31-2007
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 434234-A1 SUB1: 16ZM SUB2: DATE RCV: 02-14-2007
UNT RCV..:H QTR RCV.: H04-210L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-210L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 2 RESP DUE:
ABSTRACT.: CMPLNS OF UNREASONABLE DELAY OF MAIL
STATUS DT: 02-20-2007 STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.: RCT: EXT: DATE ENTD: 02-20-2007
REMARKS..: EACH PAGE OF THE BP-11 FORM MUST BE LEGIBLE. PAGE 4
IS DIFFICULT TO READ.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 445846-F1 SUB1: 13ZM SUB2: DATE RCV: 03-15-2007
UNT RCV..:H QTR RCV.: H04-210L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-210L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 1 RESP DUE: WED 04-04-2007
ABSTRACT.: CMPLNS OF FBI REVIEW OF MAIL, ETC. (SAMS)
STATUS DT: 03-27-2007 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 03-15-2007
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 434234-A2      SUB1: 16ZM SUB2:       DATE RCV:   03-15-2007
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  MON  05-14-2007
ABSTRACT.: INCOMING MAIL DELAYED UNREASONABLY
STATUS DT: 05-14-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-16-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 438578-A1      SUB1: 13ZM SUB2:       DATE RCV:   03-19-2007
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  05-18-2007
ABSTRACT.: APPEALS SAMS RESTRICTIONS
STATUS DT: 05-16-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-28-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 448127-F1      SUB1: 17AM SUB2:       DATE RCV:   04-05-2007
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  04-25-2007
ABSTRACT.: WANTS PHONE CALLS TO EXTENDED FAMILY MEMBERS
STATUS DT: 04-11-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-05-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 445846-R1      SUB1: 13ZM SUB2:       DATE RCV:   04-09-2007
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  05-09-2007
ABSTRACT.: CMPLNS OF FBI REVIEW OF MAIL, ETC. (SAMS)
STATUS DT: 05-08-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-09-2007
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                        QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 449134-F1      SUB1: 25DM SUB2:       DATE RCV:   04-12-2007
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  WED  05-02-2007
ABSTRACT.: WANTS WATCH RETURNED
STATUS DT: 05-03-2007  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-12-2007
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                        QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 448127-R1      SUB1: 17AM SUB2:       DATE RCV:   04-30-2007
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  06-29-2007
ABSTRACT.: WANTS PHONE CALLS TO EXTENDED FAMILY MEMBERS
STATUS DT: 05-31-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-02-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 445846-A1      SUB1: 16BM SUB2: 18ZM DATE RCV:   06-11-2007
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  08-10-2007
ABSTRACT.: CMPLNS OF SAM-FBI REVIEW OF MAIL,PHONE,VISITS
STATUS DT: 08-15-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-12-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 448127-A1      SUB1: 17AM SUB2:      DATE RCV:   06-29-2007
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  08-28-2007
ABSTRACT.: WANTS PHONE CALLS TO EXTENDED FAMILY MEMBERS
STATUS DT: 09-18-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-29-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 478988-F1      SUB1: 23YM SUB2:       DATE RCV:   01-08-2008
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  01-28-2008
ABSTRACT.: CLMS FOOD IS X-RAYED - CAUSES HEALTH RISK
STATUS DT: 02-06-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-14-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 481333-F1      SUB1: 13ZM SUB2:       DATE RCV:   01-28-2008
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SAT  03-08-2008
ABSTRACT.: SAMS RESTRICTION REMOVED
STATUS DT: 02-20-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-01-2008
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 478988-R1      SUB1: 23YM SUB2:         DATE RCV:   02-19-2008
UNT  RCV..:H            QTR RCV.: H04-209L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  THU  03-20-2008
ABSTRACT.: CLMS FOOD IS X-RAYED - CAUSES HEALTH RISK
STATUS DT: 03-14-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 02-20-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 481333-R1      SUB1: 13ZM SUB2:         DATE RCV:   03-03-2008
UNT  RCV..:H            QTR RCV.: H04-209L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  05-02-2008
ABSTRACT.: SAMS RESTRICTION REMOVED
STATUS DT: 04-11-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-06-2008
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 485657-F1 SUB1: 16BM SUB2: DATE RCV: 03-03-2008
UNT RCV..:H QTR RCV.: H04-209L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-209L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 1 RESP DUE: SUN 03-23-2008
ABSTRACT.: MAIL REJECTED
STATUS DT: 03-25-2008 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 03-11-2008
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 478988-A1 SUB1: 23YM SUB2: DATE RCV: 04-03-2008
UNT RCV..:H QTR RCV.: H04-208L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-209L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 1 RESP DUE: TUE 05-13-2008
ABSTRACT.: CLMS FOOD IS X-RAYED - CAUSES HEALTH RISK
STATUS DT: 05-01-2008 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 04-09-2008
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 485657-R1      SUB1: 16BM SUB2:      DATE RCV:   04-14-2008
UNT  RCV..:H            QTR RCV.: H04-208L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  05-14-2008
ABSTRACT.: MAIL REJECTED
STATUS DT: 04-30-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-16-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 481333-A1      SUB1: 13ZM SUB2:      DATE RCV:   05-07-2008
UNT  RCV..:H            QTR RCV.: H04-208L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  06-16-2008
ABSTRACT.: SAMS RESTRICTION REMOVED
STATUS DT: 06-10-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 05-10-2008
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 485657-A1      SUB1: 16BM SUB2:       DATE RCV:   06-05-2008
UNT  RCV..:H            QTR RCV.: H04-208L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  08-04-2008
ABSTRACT.: OBJECTS TO REJECTION OF OUTGOING CORRESPONCE
STATUS DT: 07-31-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-09-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 499764-F1      SUB1: 16ZM SUB2:       DATE RCV:   06-17-2008
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                         RESP DUE:
ABSTRACT.: REJECTED MAIL /FBI
STATUS DT: 07-03-2008  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-03-2008
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 499764-F2 SUB1: 16ZM SUB2: DATE RCV: 07-15-2008
UNT RCV..:H QTR RCV.: H04-209L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-209L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: RESP DUE:
ABSTRACT.: REJECTED MAIL /FBI
STATUS DT: 07-23-2008 STATUS CODE: REJ STATUS REASON: SIG RSF
INCRPTNO.: RCT: EXT: DATE ENTD: 07-23-2008
REMARKS..: COMPLETE THE TOP PORTION OF THE FORM

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 501997-F1 SUB1: 16AM SUB2: DATE RCV: 07-21-2008
UNT RCV..:H QTR RCV.: H04-209L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-209L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: RESP DUE:
ABSTRACT.: APPEALS REJECTIONS OF BOOKS AND MAIL
STATUS DT: 07-24-2008 STATUS CODE: REJ STATUS REASON: UTF MLT RSF
INCRPTNO.: RCT: EXT: DATE ENTD: 07-24-2008
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 508209-F1 SUB1: 16ZM SUB2: DATE RCV: 08-26-2008
UNT RCV..:H QTR RCV.: H04-209L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-209L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 RESP DUE: SUN 10-05-2008
ABSTRACT.: COMPLAINT ON STANDARDS OF FBI FOR MAIL AND BOOK REFU
STATUS DT: 10-23-2008 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: P DATE ENTD: 09-12-2008
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 514973-F1 SUB1: 16AM SUB2: DATE RCV: 10-27-2008
UNT RCV..:H QTR RCV.: H04-210L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-210L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: RESP DUE:
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 11-06-2008 STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.: RCT: EXT: DATE ENTD: 11-06-2008
REMARKS..: PUBLICATION REJECTION; REJECTION NOTICE DATED 9/19

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 517215-F1      SUB1: 16AM SUB2:      DATE RCV:   11-12-2008
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  12-22-2008
ABSTRACT.: REJECTED PUBLICATION OF WASHIGNTON POST
STATUS DT: 01-06-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-26-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 508209-R1      SUB1: 16ZM SUB2:      DATE RCV:   11-18-2008
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1          RESP DUE:  SAT  01-17-2009
ABSTRACT.: COMPLAINT ON STANDARDS OF FBI FOR MAIL AND BOOK REFU
STATUS DT: 12-22-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-24-2008
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 517215-R1      SUB1: 16AM SUB2:         DATE RCV:   01-26-2009
UNT  RCV..:H            QTR RCV.: H04-201L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  02-25-2009
ABSTRACT.: REJECTED PUBLICATION OF WASHIGNTON POST
STATUS DT: 02-12-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-30-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 525380-F1      SUB1: 16BM SUB2:         DATE RCV:   01-30-2009
UNT  RCV..:H            QTR RCV.: H04-201L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  WED  03-11-2009
ABSTRACT.: APPEALS REJECTED CORRESPONDENCE
STATUS DT: 03-16-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-05-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 508209-A1      SUB1: 16ZM SUB2:       DATE RCV:   02-17-2009
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1          RESP DUE:
ABSTRACT.: COMPLAINT ON STANDARDS OF FBI FOR MAIL AND BOOK REFU
STATUS DT: 02-25-2009  STATUS CODE: REJ STATUS REASON: UTA IRQ RSA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 02-25-2009
REMARKS..: YOU MUST PROVIDE STAFF VERIFICATION ON BOP
           LETTERHEAD DOCUMENTING THAT THE UNTIMELY
           FILING OF THIS APPEAL WAS NOT YOUR FAULT.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 529643-F1      SUB1: 15ZM SUB2:       DATE RCV:   03-09-2009
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SAT  04-18-2009
ABSTRACT.: REQUESTS TO PARTICIPATE IN STEP-DOWN PROGRAM
STATUS DT: 03-26-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-11-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 517215-A1      SUB1: 16AM SUB2:        DATE RCV:   03-16-2009
UNT  RCV..:H            QTR RCV.: H04-201L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  05-15-2009
ABSTRACT.: REJECTED PUBLICATION OF WASHIGNTON POST
STATUS DT: 06-05-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-31-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 531825-F1      SUB1: 16AM SUB2:        DATE RCV:   03-27-2009
UNT  RCV..:H            QTR RCV.: H04-201L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1          RESP DUE:  WED  05-06-2009
ABSTRACT.: CONTESTS PUBLICATION REJECTION
STATUS DT: 04-21-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-27-2009
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 525380-R1      SUB1: 16BM SUB2:        DATE RCV:   03-27-2009
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  TUE  05-26-2009
ABSTRACT.: APPEALS REJECTED CORRESPONDENCE
STATUS DT: 04-30-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-30-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 529643-R1      SUB1: 15ZM SUB2:        DATE RCV:   04-09-2009
UNT  RCV..:H            QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  06-08-2009
ABSTRACT.: REQUESTS TO PARTICIPATE IN STEP-DOWN PROGRAM
STATUS DT: 05-13-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-17-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 536420-F1      SUB1: 15ZM SUB2:        DATE RCV:   04-28-2009
UNT  RCV..:H            QTR RCV.: H04-202L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-202L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                           RESP DUE:
ABSTRACT.: COMPLAINTS REGARDING SHOWERS AND GROUP PRAYER
STATUS DT: 04-28-2009  STATUS CODE: REJ STATUS REASON: MLT OTH RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 04-28-2009
REMARKS..: STATE ONE COMPLAINT AND REQUESTED RESOLUTION RELATED
           TO COMPLAINT

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 531825-R1      SUB1: 16AM SUB2:        DATE RCV:   05-04-2009
UNT  RCV..:H            QTR RCV.: H04-202L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1            RESP DUE:  WED  06-03-2009
ABSTRACT.: CONTESTS PUBLICATION REJECTION
STATUS DT: 05-29-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 05-06-2009
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 525380-A1 SUB1: 16BM SUB2: DATE RCV: 05-21-2009
UNT RCV..:H QTR RCV.: H04-202L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-201L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 2 RESP DUE:
ABSTRACT.: APPEALS REJECTED CORRESPONDENCE
STATUS DT: 06-10-2009 STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.: RCT: EXT: DATE ENTD: 06-10-2009
REMARKS..: PROVIDE THE BP-9 FORM FOR APPEAL# 525380-F1.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 529643-A1 SUB1: 15ZM SUB2: DATE RCV: 06-09-2009
UNT RCV..:H QTR RCV.: H04-202L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-201L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 1 RESP DUE: SAT 08-08-2009
ABSTRACT.: REQUESTS TO PARTICIPATE IN STEP-DOWN PROGRAM
STATUS DT: 09-11-2009 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 06-18-2009
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 544407-F1      SUB1: 16BM SUB2:        DATE RCV:   06-24-2009
UNT  RCV..:H            QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  TUE  07-14-2009
ABSTRACT.: CONTESTS REJECTED CORRESPONDENCE-SAMS
STATUS DT: 07-13-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 06-24-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 544414-F1      SUB1: 21AM SUB2:        DATE RCV:   06-24-2009
UNT  RCV..:H            QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  TUE  07-14-2009
ABSTRACT.: APPEAL INCIDENT REPORT
STATUS DT: 07-13-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1879343   RCT: P EXT:   DATE ENTD: 06-24-2009
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 525380-A2 SUB1: 16BM SUB2: DATE RCV: 07-01-2009
UNT RCV..:H QTR RCV.: H04-202L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-201L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 2 RESP DUE: SUN 08-30-2009
ABSTRACT.: APPEALS REJECTED CORRESPONDENCE
STATUS DT: 11-03-2009 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: P DATE ENTD: 07-21-2009
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 544407-R1 SUB1: 16BM SUB2: DATE RCV: 08-03-2009
UNT RCV..:H QTR RCV.: H04-203L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-202L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 2 RESP DUE: WED 09-02-2009
ABSTRACT.: CONTESTS REJECTED CORRESPONDENCE-SAMS
STATUS DT: 08-31-2009 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 08-05-2009
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 552074-F1      SUB1: 13ZM SUB2:        DATE RCV:   08-17-2009
UNT  RCV..:H            QTR RCV.: H04-203L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SUN  09-06-2009
ABSTRACT.: CLAIMS SAMS VIOLATES CONDITIONS OF CONFINEMENT
STATUS DT: 08-28-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 08-17-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 553939-F1      SUB1: 13ZM SUB2:        DATE RCV:   08-31-2009
UNT  RCV..:H            QTR RCV.: H04-203L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  SAT  10-10-2009
ABSTRACT.: ISSUE WITH IMPOSED SAMS
STATUS DT: 09-28-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 08-31-2009
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                   QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 552074-R1      SUB1: 13ZM SUB2:      DATE RCV:   09-14-2009
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  10-14-2009
ABSTRACT.: CLAIMS SAMS VIOLATES CONDITIONS OF CONFINEMENT
STATUS DT: 10-22-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 09-18-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                   QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 544407-A1      SUB1: 16BM SUB2:      DATE RCV:   09-28-2009
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:
ABSTRACT.: CONTESTS REJECTED CORRESPONDENCE-SAMS
STATUS DT: 11-19-2009  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 11-19-2009
REMARKS..: ALL FOUR PAGES OF THE BP-11 FORM MUST BE LEGIBLE.
           PAGE FOUR IS DIFFICULT TO READ.
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NYM
REMEDY ID: 563252-F1      SUB1: 22AM SUB2:         DATE RCV:   11-03-2009
UNT  RCV..:9            QTR RCV.: Z07-004LAD    FACL RCV: NYM
UNT  ORG..:9            QTR ORG.: Z07-004LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                         RESP DUE:
ABSTRACT.: CONTESTS ADMINISTRATIVE DETENTION
STATUS DT: 11-04-2009  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 11-04-2009
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 544407-A2      SUB1: 16EM SUB2:         DATE RCV:   12-14-2009
UNT  RCV..:H            QTR RCV.: H04-204L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  FRI  02-12-2010
ABSTRACT.: CONTESTS REJECTED CORRESPONDENCE-SAMS
STATUS DT: 04-21-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-15-2010
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 552074-A1      SUB1: 28ZM SUB2:         DATE RCV:   12-14-2009
UNT  RCV..:H            QTR RCV.: H04-204L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  02-12-2010
ABSTRACT.: CLAIMS CONDITIONS OF CONFINEMENT  MENTAL HEALTH
STATUS DT: 04-23-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-19-2010
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 577911-A1      SUB1: 13ZM SUB2:         DATE RCV:   01-22-2010
UNT  RCV..:H            QTR RCV.: H04-210L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  BOP  1                 RESP DUE:  TUE  03-23-2010
ABSTRACT.: OBJECT RD'S PLACEMENT AT ADX GEN POPULATION, SAMS
STATUS DT: 05-17-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-23-2010
REMARKS..: ORDER RENDERS PROCEDURE INSUFFICIENT.
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 576430-F1 SUB1: 16AM SUB2: DATE RCV: 02-10-2010
UNT RCV..:H QTR RCV.: H04-210L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-210L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 RESP DUE: TUE 03-02-2010
ABSTRACT.: CONTESTS REJECTION OF RENINSCENS OF ANCIENT
STATUS DT: 03-08-2010 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 02-10-2010
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 584567-F1 SUB1: 15GM SUB2: DATE RCV: 04-08-2010
UNT RCV..:H QTR RCV.: H04-210L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H04-210L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 NCR 1 BOP 1 RESP DUE: WED 04-28-2010
ABSTRACT.: WANTS GROUP PRAYER
STATUS DT: 04-16-2010 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 04-08-2010
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 584567-R1      SUB1: 15GM SUB2:         DATE RCV:   05-21-2010
UNT  RCV..:H            QTR RCV.: Z13-010L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SUN  06-20-2010
ABSTRACT.: WANTS GROUP PRAYER
STATUS DT: 06-10-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 05-28-2010
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 584567-A1      SUB1: 15GM SUB2:         DATE RCV:   06-28-2010
UNT  RCV..:H            QTR RCV.: H04-209L         FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L         FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  08-27-2010
ABSTRACT.: WANTS GROUP PRAYER
STATUS DT: 02-02-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-13-2010
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                        QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 610328-F1      SUB1: 25DM SUB2:           DATE RCV:   10-07-2010
UNT  RCV..:H            QTR RCV.: H04-206L           FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L           FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                      RESP DUE:  TUE  11-16-2010
ABSTRACT.: WANT TV;NEWSPAPER;MAGAZINE;BOOK DURING HUNGER STRIKE
STATUS DT: 11-08-2010  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-07-2010
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                        QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 622217-F1      SUB1: 13ZM SUB2:           DATE RCV:   01-12-2011
UNT  RCV..:H            QTR RCV.: H03-104L           FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-104L           FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  02-01-2011
ABSTRACT.: CHALLENGING RENEWAL OF SAM
STATUS DT: 01-24-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-12-2011
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 622217-R1      SUB1: 13ZM SUB2:        DATE RCV:   02-14-2011
UNT  RCV..:H            QTR RCV.: H03-104L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-104L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  03-16-2011
ABSTRACT.: CHALLENGING RENEWAL OF SAM
STATUS DT: 03-18-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 02-25-2011
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 622217-A1      SUB1: 15ZM SUB2:        DATE RCV:   04-19-2011
UNT  RCV..:H            QTR RCV.: H03-105L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-104L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SAT  06-18-2011
ABSTRACT.: CHALLENGING RENEWAL OF SAM
STATUS DT: 06-07-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-27-2011
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 707244-F1 SUB1: 25CS SUB2: DATE RCV: 09-19-2012
UNT RCV..:H QTR RCV.: Z13-030L FACL RCV: FLM
UNT ORG..:H QTR ORG.: Z13-030L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 RESP DUE: MON 10-29-2012
ABSTRACT.: NO SHARPS, LAUNDRY, CELL SANITATION SUPPLIES
STATUS DT: 10-24-2012 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 10-03-2012
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: FLM
REMEDY ID: 754395-F1 SUB1: 13ZM SUB2: DATE RCV: 10-18-2013
UNT RCV..:H QTR RCV.: H03-304L FACL RCV: FLM
UNT ORG..:H QTR ORG.: H03-304L FACL ORG: FLM
EVT FACL.: FLM ACC LEV: FLM 1 RESP DUE: WED 11-27-2013
ABSTRACT.: CHALLENGE LEGAL COMMUNICATION/SAM UNCONSTITUTIONAL
STATUS DT: 12-30-2013 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: P DATE ENTD: 10-22-2013
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                        QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 756046-F1      SUB1: 13ZM SUB2: 33FM DATE RCV:   10-29-2013
UNT  RCV..:H            QTR RCV.: H03-304L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-304L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  SUN  12-08-2013
ABSTRACT.: SAM ISSUE;CHALLENGE REJECT LEGAL MAIL/PUBLIC DEFENDE
STATUS DT: 01-29-2014  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-01-2013
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                        QTR.: D06-208L   RCV OFC: FLM
REMEDY ID: 779745-F1      SUB1: 15BM SUB2:      DATE RCV:   05-13-2014
UNT  RCV..:F            QTR RCV.: F03-106L      FACL RCV: FLM
UNT  ORG..:F            QTR ORG.: F03-106L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  SUN  06-22-2014
ABSTRACT.: WANTS GROUP PRAYER
STATUS DT: 06-25-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-19-2014
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 845841-F1      SUB1: 15HM SUB2: 15GM DATE RCV:   12-17-2015
UNT  RCV..:I            QTR RCV.: I04-005L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-005L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                 RESP DUE:  WED  01-06-2016
ABSTRACT.: REQ. CONGREGATIONAL PRAYER
STATUS DT: 03-08-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-17-2015
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 869309-R1      SUB1: 20DM SUB2:      DATE RCV:   07-15-2016
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  NCR  1                 RESP DUE:  TUE  09-13-2016
ABSTRACT.: APPEALING DHO CODE 299
STATUS DT: 08-11-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 2857971   RCT: P EXT: P DATE ENTD: 07-15-2016
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 869309-A1      SUB1: 20DM SUB2:         DATE RCV:   09-19-2016
UNT  RCV..:I            QTR RCV.: I04-003L         FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L         FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  NCR  1                    RESP DUE:
ABSTRACT.: APPEALING DHO CODE 299
STATUS DT: 10-18-2016  STATUS CODE: REJ STATUS REASON: RAP RSA
INCRPTNO.: 2857971   RCT:   EXT:   DATE ENTD: 10-18-2016
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 888209-R1      SUB1: 20DM SUB2: 26HM DATE RCV:   01-09-2017
UNT  RCV..:I            QTR RCV.: I04-003L         FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L         FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                            RESP DUE:
ABSTRACT.: DHO APPEAL CODE 203
STATUS DT: 01-09-2017  STATUS CODE: REJ STATUS REASON: UTR OTH RSR
INCRPTNO.: 2857971   RCT:   EXT:   DATE ENTD: 01-10-2017
REMARKS..: DHO REPORT DELIVERED 12-14-16. YOU MUST PROVIDE
           STAFF VERIFICATION ON BOP LETTER HEAD THAT THE
           UNTIMELINESS IS NOT YOUR FAULT.
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 904773-F1      SUB1: 28BM SUB2: 15HM DATE RCV:   06-08-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE:
ABSTRACT.: DIAGNOSIS
STATUS DT: 06-08-2017  STATUS CODE: REJ STATUS REASON: SIG RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 06-08-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 904773-F2      SUB1: 28BM SUB2: 15HM DATE RCV:   06-15-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE:  WED  07-05-2017
ABSTRACT.: DIAGNOSIS
STATUS DT: 06-22-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 06-15-2017
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 904773-R1 SUB1: 28BM SUB2: 15HM DATE RCV: 07-07-2017
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 2 NCR 3 BOP 2 RESP DUE:
ABSTRACT.: DIAGNOSIS
STATUS DT: 07-07-2017 STATUS CODE: REJ STATUS REASON: ONE RSR
INCRPTNO.: RCT: EXT: DATE ENTD: 07-07-2017
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 909628-F1 SUB1: 15HM SUB2: 16ZM DATE RCV: 07-20-2017
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 RESP DUE: WED 08-09-2017
ABSTRACT.: MAIL ISSUES
STATUS DT: 08-03-2017 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 07-20-2017
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 904773-R2 SUB1: 28BM SUB2: 15HM DATE RCV: 07-21-2017
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 2 NCR 3 BOP 2 RESP DUE:
ABSTRACT.: DIAGNOSIS
STATUS DT: 07-21-2017 STATUS CODE: REJ STATUS REASON: ONE RSR OTH
INCRPTNO.: RCT: EXT: DATE ENTD: 07-21-2017
REMARKS..: FOLLOW DIRECTIONS PROVIDED. YOUR 3 PAGE STATEMENT IS
NOT AN EXHIBIT.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 904773-R3 SUB1: 28BM SUB2: 15HM DATE RCV: 08-07-2017
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 2 NCR 3 BOP 2 RESP DUE: FRI 10-06-2017
ABSTRACT.: DIAGNOSIS
STATUS DT: 09-18-2017 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: P DATE ENTD: 08-07-2017
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 912548-R1      SUB1: 16AM SUB2:       DATE RCV:   08-17-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                          RESP DUE:
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 08-17-2017  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 08-18-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 909628-R1      SUB1: 15HM SUB2: 16ZM DATE RCV:   08-17-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:  SAT  09-16-2017
ABSTRACT.: MAIL COMPLAINT
STATUS DT: 09-08-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 08-18-2017
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 914263-F1      SUB1: 15HM SUB2: 34AM DATE RCV:   09-01-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  THU  09-21-2017
ABSTRACT.: STAFF MISCONDUCT
STATUS DT: 09-21-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 09-01-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 914265-F1      SUB1: 15HM SUB2: 16AM DATE RCV:   09-01-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  WED  10-11-2017
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 09-25-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-01-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 912548-R2      SUB1: 16AM SUB2:         DATE RCV:   09-05-2017
UNT  RCV..:I            QTR RCV.: I04-003L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                          RESP DUE:
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 09-05-2017  STATUS CODE: REJ STATUS REASON: INS OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-06-2017
REMARKS..: FOLLOW DIRECTIONS PROVIDED. YOU HAVE NOT FOLLOWED
           ADMIN REMEDY POLICY - YOU HAVE NOT FILED A BP-9 AT
           INSTITUTION FOR WARDEN TO REPLY.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 915397-F1      SUB1: 15HM SUB2: 25DM DATE RCV:   09-14-2017
UNT  RCV..:I            QTR RCV.: I04-003L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  2   RESP DUE:  WED  10-04-2017
ABSTRACT.: CONFISCATION OF PROPERTY
STATUS DT: 09-22-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 09-14-2017
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 916874-F1      SUB1: 15HM SUB2: 16AM DATE RCV:   09-28-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  TUE  11-07-2017
ABSTRACT.: REJECTED PUBLICATION
STATUS DT: 11-09-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-28-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 914265-R1      SUB1: 15HM SUB2: 16AM DATE RCV:   10-02-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  WED  11-01-2017
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 10-26-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-02-2017
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 914263-R1      SUB1: 15HM SUB2:      DATE RCV:   10-02-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  12-01-2017
ABSTRACT.: PUBLICATION CONFISCATION - PROMOTED VIOLENCE
STATUS DT: 11-03-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-02-2017
REMARKS..: REASSIGNED TO CORRECTIONAL SERVICES
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 915397-R1      SUB1: 15HM SUB2: 25DM DATE RCV:   10-04-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  2   RESP DUE:  FRI  11-03-2017
ABSTRACT.: PUBLICATION CONFISCATION
STATUS DT: 11-01-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-04-2017
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 904773-A1      SUB1: 28BM SUB2: 15HM DATE RCV:   10-30-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE:
ABSTRACT.: DIAGNOSIS
STATUS DT: 11-29-2017  STATUS CODE: REJ STATUS REASON: ATT RSA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 11-29-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 921719-F1      SUB1: 15HM SUB2: 16CM DATE RCV:   11-15-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  12-25-2017
ABSTRACT.: INCOMING PUBLICATION DELAY
STATUS DT: 12-29-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-15-2017
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 922019-F1 SUB1: 15HM SUB2: 16BM DATE RCV: 11-17-2017
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: THU 12-07-2017
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 12-08-2017 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 11-17-2017
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 914265-A1 SUB1: 15HM SUB2: 16AM DATE RCV: 11-20-2017
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: FRI 01-19-2018
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 01-22-2018 STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.: RCT: P EXT: P DATE ENTD: 11-29-2017
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 915397-A1 SUB1: 15HM SUB2: 25DM DATE RCV: 11-21-2017
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 2 RESP DUE:
ABSTRACT.: PUBLICATION CONFISCATION
STATUS DT: 11-29-2017 STATUS CODE: REJ STATUS REASON: CPG RSA OTH
INCRPTNO.: RCT: EXT: DATE ENTD: 11-29-2017
REMARKS..: PAGES 3 AND 4 OF YOUR CONTINUATION ARE NOT LEGIBLE.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 916874-R1 SUB1: 15HM SUB2: 16AM DATE RCV: 11-27-2017
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: WED 12-27-2017
ABSTRACT.: REJECTED PUBLICATION
STATUS DT: 12-21-2017 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 11-28-2017
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 914263-A1      SUB1: 15HM SUB2: 34AM DATE RCV:   12-04-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  02-02-2018
ABSTRACT.: STAFF MISCONDUCT
STATUS DT: 01-10-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-20-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 915397-A2      SUB1: 15HM SUB2: 25DM DATE RCV:   12-15-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  2   RESP DUE:  TUE  02-13-2018
ABSTRACT.: PUBLICATION CONFISCATION
STATUS DT: 02-15-2018  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-26-2017
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                  QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 904773-A2      SUB1: 28BM SUB2: 34AM DATE RCV:   12-15-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE:  TUE  02-13-2018
ABSTRACT.: MENTAL HEALTH DIAGNOSIS AND TREATMENT/FALSE RECORDS
STATUS DT: 01-23-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-26-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                  QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 922019-R1      SUB1: 15HM SUB2: 16BM DATE RCV:   12-18-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  WED  01-17-2018
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 12-28-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 12-20-2017
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 921719-R1 SUB1: 15HM SUB2: 16CM DATE RCV: 01-16-2018
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: THU 02-15-2018
ABSTRACT.: INCOMING PUBLICATION DELAY
STATUS DT: 02-01-2018 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 01-17-2018
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 916874-A1 SUB1: 15HM SUB2: 16AM DATE RCV: 01-18-2018
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: MON 03-19-2018
ABSTRACT.: REJECTED PUBLICATION
STATUS DT: 02-07-2018 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: P DATE ENTD: 02-05-2018
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 922019-A1      SUB1: 15HM SUB2: 16BM DATE RCV:   01-25-2018
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  03-26-2018
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 10-22-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-12-2018
REMARKS..: ISSUES AROUSE THAT REQUIRE A MULTI-DISCIPLINE
           REVIEW.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 929282-F1      SUB1: 15HM SUB2: 24CM DATE RCV:   01-30-2018
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  SUN  03-11-2018
ABSTRACT.: HALAL DIET
STATUS DT: 02-21-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-30-2018
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 929282-R1 SUB1: 15HM SUB2: 24CM DATE RCV: 03-05-2018
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: FRI 05-04-2018
ABSTRACT.: HALAL DIET
STATUS DT: 04-18-2018 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 03-05-2018
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 921719-A1 SUB1: 15HM SUB2: 16CM DATE RCV: 03-12-2018
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: FRI 05-11-2018
ABSTRACT.: INCOMING PUBLICATION DELAY
STATUS DT: 04-03-2018 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 03-15-2018
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 937191-F1 SUB1: 15HM SUB2: 25EM DATE RCV: 04-16-2018
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 RESP DUE: SAT 05-26-2018
ABSTRACT.: HALAL MEALS
STATUS DT: 05-15-2018 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 04-16-2018
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 937926-F1 SUB1: 15HM SUB2: 25EM DATE RCV: 04-23-2018
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: SAT 06-02-2018
ABSTRACT.: COMMISSARY
STATUS DT: 05-11-2018 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 04-23-2018
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 929282-A1 SUB1: 15HM SUB2: 24CM DATE RCV: 05-21-2018
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: FRI 07-20-2018
ABSTRACT.: HALAL DIET
STATUS DT: 06-13-2018 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 06-01-2018
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 941334-F1 SUB1: 15HM SUB2: 15GM DATE RCV: 05-22-2018
UNT RCV..:I QTR RCV.: I04-003L FACL RCV: MAR
UNT ORG..:I QTR ORG.: I04-003L FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 RESP DUE: MON 06-11-2018
ABSTRACT.: CEREMONIAL MEAL
STATUS DT: 06-06-2018 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 05-22-2018
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 937926-R1      SUB1: 15HM SUB2: 25EM DATE RCV:   05-29-2018
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  THU  06-28-2018
ABSTRACT.: COMMISSARY
STATUS DT: 06-29-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 05-31-2018
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 937926-A1      SUB1: 15HM SUB2: 25EM DATE RCV:   07-24-2018
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  SAT  09-22-2018
ABSTRACT.: COMMISSARY
STATUS DT: 09-14-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 08-20-2018
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 1065563-F1 SUB1: 15HM SUB2: 13HM DATE RCV: 01-20-2021
UNT RCV..:I QTR RCV.: I02-012LAD FACL RCV: MAR
UNT ORG..:I QTR ORG.: I02-012LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 RESP DUE: MON 03-01-2021
ABSTRACT.: CELL CHANGES
STATUS DT: 03-08-2021 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 01-20-2021
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 1082514-R1 SUB1: 20AM SUB2: DATE RCV: 05-27-2021
UNT RCV..:I QTR RCV.: I02-010LAD FACL RCV: MAR
UNT ORG..:I QTR ORG.: I02-010LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: NCR 2 RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-27-2021 STATUS CODE: REJ STATUS REASON: ONE OTH RSR
INCRPTNO.: 3471033 RCT: EXT: DATE ENTD: 05-27-2021
REMARKS..: RETURN WITH REJECTION NOTICE

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 1082947-R1     SUB1: 20AM SUB2:        DATE RCV:   06-01-2021
UNT  RCV..:I            QTR RCV.: I02-010LAD    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-010LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  NCR  1                 RESP DUE:  SAT  07-31-2021
ABSTRACT.: DHO APPEAL
STATUS DT: 06-11-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 3464412   RCT: P EXT: P DATE ENTD: 06-01-2021
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 1082514-R2     SUB1: 20AM SUB2:        DATE RCV:   07-13-2021
UNT  RCV..:I            QTR RCV.: I02-013LAD    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-010LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  NCR  2                 RESP DUE:  SAT  09-11-2021
ABSTRACT.: DHO APPEAL
STATUS DT: 07-21-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 3471033   RCT: P EXT: P DATE ENTD: 07-14-2021
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 1087950-F1 SUB1: 15HM SUB2: 34AM DATE RCV: 07-15-2021
UNT RCV..:I QTR RCV.: I02-013LAD FACL RCV: MAR
UNT ORG..:I QTR ORG.: I02-013LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 RESP DUE: TUE 08-24-2021
ABSTRACT.: PUNISHMENT FOR RELIGIOUS BELIEFS
STATUS DT: 10-26-2021 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 07-15-2021
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 1096088-F1 SUB1: 15HM SUB2: 26BM DATE RCV: 09-13-2021
UNT RCV..:I QTR RCV.: I02-014LAD FACL RCV: MAR
UNT ORG..:I QTR ORG.: I02-014LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 RESP DUE: SAT 10-23-2021
ABSTRACT.: MEDICAL CARE
STATUS DT: 11-08-2021 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 09-29-2021
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: MAR
REMEDY ID: 1097444-F1 SUB1: 15HM SUB2: 20DM DATE RCV: 10-12-2021
UNT RCV..:I QTR RCV.: I02-013LAD FACL RCV: MAR
UNT ORG..:I QTR ORG.: I02-013LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: RESP DUE:
ABSTRACT.: DHO
STATUS DT: 10-12-2021 STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.: RCT: EXT: DATE ENTD: 10-12-2021
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 1098196-R1 SUB1: 20AM SUB2: DATE RCV: 10-18-2021
UNT RCV..:I QTR RCV.: I02-013LAD FACL RCV: MAR
UNT ORG..:I QTR ORG.: I02-013LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 10-19-2021 STATUS CODE: REJ STATUS REASON: ONE RSR
INCRPTNO.: RCT: EXT: DATE ENTD: 10-19-2021
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 1098280-R1     SUB1: 20AM SUB2:      DATE RCV:   10-18-2021
UNT  RCV..:I            QTR RCV.: I02-013LAD    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 10-19-2021  STATUS CODE: REJ STATUS REASON: ONE OTH RSR
INCRPTNO.: 3464412   RCT:   EXT:   DATE ENTD: 10-19-2021
REMARKS..: RETURN WITH REJECTION NOTICE
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: SCR
REMEDY ID: 1100538-R1     SUB1: 13BM SUB2:      DATE RCV:   11-01-2021
UNT  RCV..:I            QTR RCV.: I02-014LAD    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-014LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                         RESP DUE:
ABSTRACT.: ADX GENERAL POPULATGION PLACEMENT DECISION
STATUS DT: 11-09-2021  STATUS CODE: REJ STATUS REASON: WRL INS INF OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 11-09-2021
REMARKS..: YOU MUST FIRST ATTEMPT AN INFORMAL RESOLUTION AT THE
           INSTITUTION YOU ARE CURRENTLY ASSIGNED TO.
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 1098196-R2 SUB1: 20AM SUB2: DATE RCV: 11-10-2021
UNT RCV..:I QTR RCV.: I02-014LAD FACL RCV: MAR
UNT ORG..:I QTR ORG.: I02-013LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 11-10-2021 STATUS CODE: REJ STATUS REASON: ONE OTH RSR
INCRPTNO.: RCT: EXT: DATE ENTD: 11-10-2021
REMARKS..: PART B OF BP10 MUST BE BLANK.RETURN W/REJECTION NOTE

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 1101297-R1 SUB1: 20AM SUB2: DATE RCV: 11-15-2021
UNT RCV..:I QTR RCV.: I02-013LAD FACL RCV: MAR
UNT ORG..:I QTR ORG.: I02-013LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 11-16-2021 STATUS CODE: REJ STATUS REASON: ONE OTH RSR
INCRPTNO.: 3464412 RCT: EXT: DATE ENTD: 11-16-2021
REMARKS..: PART B OF BP10 MUST BE BLANK.RETURN W/REJECTION NOTE

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: MAR
REMEDY ID: 1103547-F1     SUB1: 15HM SUB2: 24CM DATE RCV:   11-30-2021
UNT  RCV..:I            QTR RCV.: I02-013LAD    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  12-20-2021
ABSTRACT.: HALAL MEAL SUBSTITUTIONS
STATUS DT: 12-22-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-09-2021
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 1087950-R1     SUB1: 15HM SUB2: 34AM DATE RCV:   12-03-2021
UNT  RCV..:5F HOM       QTR RCV.: Z03-188LAD    FACL RCV: OKL
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                 RESP DUE:
ABSTRACT.: PUNISHMENT FOR RELIGIOUS BELIEFS
STATUS DT: 12-06-2021  STATUS CODE: REJ STATUS REASON: UTR
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 12-06-2021
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: NCR
REMEDY ID: 1096088-R1     SUB1: 15HM SUB2: 26BM DATE RCV:   12-03-2021
UNT  RCV..:5F HOM       QTR RCV.: Z03-188LAD    FACL RCV: OKL
UNT  ORG..:I            QTR ORG.: I02-014LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:  TUE  02-01-2022
ABSTRACT.: MEDICAL CARE
STATUS DT: 01-07-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-06-2021
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                      QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 1098196-A1     SUB1: 20AM SUB2:      DATE RCV:   02-01-2022
UNT  RCV..:D            QTR RCV.: D03-108L      FACL RCV: FLM
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL , CODE 224 9/24/21
STATUS DT: 02-08-2022  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 02-08-2022
REMARKS..:
```

G0002 MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: BOP
REMEDY ID: 1101297-A1 SUB1: 20AM SUB2: DATE RCV: 02-15-2022
UNT RCV..:D QTR RCV.: D03-108L FACL RCV: FLM
UNT ORG..:I QTR ORG.: I02-013LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 03-20-2022 STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.: 3464412 RCT: EXT: DATE ENTD: 03-20-2022
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D QTR.: D06-208L RCV OFC: NCR
REMEDY ID: 1103547-R1 SUB1: 15HM SUB2: 24CM DATE RCV: 02-18-2022
UNT RCV..:D QTR RCV.: D03-108L FACL RCV: FLM
UNT ORG..:I QTR ORG.: I02-013LAD FACL ORG: MAR
EVT FACL.: MAR ACC LEV: MAR 1 NCR 1 BOP 1 RESP DUE: TUE 04-19-2022
ABSTRACT.: HALAL MEAL SUBSTITUTIONS
STATUS DT: 03-23-2022 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: P DATE ENTD: 02-23-2022
REMARKS..:

G0002 MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 1100538-A1     SUB1: 14GM SUB2:      DATE RCV:   02-23-2022
UNT  RCV..:D            QTR RCV.: D03-108L      FACL RCV: FLM
UNT  ORG..:I            QTR ORG.: I02-014LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                         RESP DUE:
ABSTRACT.: ADX GENERAL POPULATION PLACEMENT DECISION
STATUS DT: 03-07-2022  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-07-2022
REMARKS..: SUBMIT YOUR BP10 TO DSCC, US ARMED FORCES RESERVE
           COMPLEX, 346 MARINE FORCES DRIVE, GRAND PRAIRIE, TX
           75051, AS INDICATED ON YOUR HEARING REPORT.

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                    QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 1096088-A1     SUB1: 15HM SUB2: 26BM DATE RCV:   03-03-2022
UNT  RCV..:D            QTR RCV.: D03-108L      FACL RCV: FLM
UNT  ORG..:I            QTR ORG.: I02-014LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:
ABSTRACT.: MEDICAL CARE
STATUS DT: 03-17-2022  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-17-2022
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: FLM UNT/LOC/DST: D                     QTR.: D06-208L   RCV OFC: BOP
REMEDY ID: 1103547-A1     SUB1: 15HM SUB2: 24CM DATE RCV:   05-11-2022
UNT  RCV..:D            QTR RCV.: D03-109L      FACL RCV: FLM
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  SUN  07-10-2022
ABSTRACT.: HALAL MEAL SUBSTITUTIONS
STATUS DT: 06-22-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-02-2022
REMARKS..:
```

169 REMEDY SUBMISSION(S) SELECTED
G0000 TRANSACTION SUCCESSFULLY COMPLETED