Attachment 4

# Administrative Remedy Subject Codes

Eff. 09-02-2016

| Code | | Subject |
|---|---|---|
| 10 | A | Transfer for Protection Reasons |
| 10 | B | Transfer for Medical Reasons |
| 10 | C | Transfer for Release Destination |
| 10 | D | Transfer for Program Participation |
| 10 | Z | Transfer - Other |
| | | |
| 11 | A | Adult Basic Education (ABE) |
| 11 | B | Secondary Education (GED) |
| 11 | C | Post-secondary Education (PSE) |
| 11 | D | Vocational Training |
| 11 | E | Library Services (Except Law Library) |
| 11 | F | Inmate Organizations |
| 11 | G | Recreation, Leisure Activities |
| 11 | Z | Education - Other |
| | | |
| 12 | A | UNICOR - Assignment, Working Conditions |
| 12 | B | UNICOR - Grade, Pay, Promotion, Benefits |
| 12 | C | UNICOR - Waiting List |
| 12 | D | Institution Job - Assignment, Job Complaint |
| 12 | E | Performance Pay, Mgt., Benefits |
| 12 | Y | UNICOR Work Assignment - Other |
| 12 | Z | Institution Work Assignment - Other |
| | | |
| 13 | A | Classification/Program Reviews |
| 13 | B | Security/Custody Classification – Except PSF Appeals |
| 13 | C | Central Inmate Monitoring - Separation |
| 13 | D | Central Inmate Monitoring – Except Separation |
| 13 | E | Progress Reports |
| 13 | F | Restoration of Statutory Good Time |
| 13 | G | Compassionate Release Request |
| 13 | H | Housing Assignment (Except Special Housing Units) |
| 13 | I | Public Safety Factor Appeals |
| 13 | J | Walsh Act Classification |
| 13 | K | Initial Designation Decision |
| 13 | L | Compassionate Release Request – Other/Non-Medical |
| 13 | Z | Other Classification Matters |
| | | |
| 14 | A | Control Unit Placement |
| 14 | B | Control Unit Reviews |
| 14 | C | Control Unit Release |
| 14 | G | ADX General Population – Initial Placement |
| 14 | H | Secure Mental Health Unit/Step Down Program |
| 14 | Z | Control Unit – Other |
| | | |
| 15 | A | Inmate Financial Responsibility |
| 15 | B | Religious Programs (Except Food/Diets/Meals), Access to |
| 15 | C | Rlgs Diet:  Certified/Non-Flesh Alternatives, Access to |
| 15 | D | Substance Abuse Programs |
| 15 | E | Research/Genetic Testing Programs |
| 15 | F | Special Confinement Unit |
| 15 | G | Religious Rituals |
| 15 | H | Communication Management Unit |
| 15 | I | Special Management Unit |
| 15 | Z | Other Institution Programs |
| | | |
| 16 | A | Incoming Publications (Incl. Rejection or Confiscation) |
| 16 | B | Correspondence - Rejection or Confiscation |
| 16 | C | Packages - Approval, Denial, Rejection, etc. |
| 16 | D | Enclosures - Approval, Rejection, Confiscation, etc. |
| 16 | E | Restricted Mail |
| 16 | F | Postage |
| 16 | G | TRULINCS |
| 16 | Z | Other Mail Complaints |
| | | |
| 17 | A | Phone Calls (Except Legal Calls) |
| 17 | B | Marriage |
| 17 | C | News Media Contacts |
| 17 | L | Phone Calls - 300 Min. Limitation Concerns |
| 17 | Z | Other Non-Mail Communication |
| | | |
| 18 | A | Visiting List |
| 18 | B | Visiting Time and Conditions |
| 18 | C | Visit Related Searches |
| 18 | D | ION Spectrometry Program |
| 18 | Z | Other Visiting Complaints |
| | | |
| 19 | A | Furloughs - Social |
| 19 | B | Furloughs - Other |
| 19 | C | Work/Study Release |
| 19 | D | Escorted Trips |
| 19 | E | Release Plans - Approval, Gratuity, Supervision |
| 19 | F | Residential Reentry Center Referrals |
| 19 | G | Corrections Component Issues |
| 19 | H | Elderly Offender Home Detention Program |
| 19 | Z | Other Community Programs |
| | | |
| 20 | A | DHO Appeal – Procedures |
| 20 | B | DHO Appeal - Evidence |
| 20 | C | DHO Appeal - Sanction |
| 20 | D | DHO Appeal - Combined (Procedures, Evidence & Sanctions) |
| 20 | E | Contract Comm. Corr. Ctr. Discipline – Major Sanctions |
| 20 | F | Controlled Housing Status Appeal |
| 20 | G | DHO Appeal - Code 108 Cell Phone Poss/Electronic Device |
| 20 | Z | Other DHO Related Matters |
| | | |
| 21 | A | UDC Action |
| 21 | B | Contract Comm. Corr. Ctr. Discipline – Minor Sanctions |
| | | |
| 22 | A | Administrative Detention - Placement, Reviews, Release |
| 22 | B | Administrative Detention – Request Placement for Protection |
| 22 | C | Administrative Detention Conditions |
| 22 | D | Disciplinary Segregation – Release Conditions, etc. |
| 22 | E | Excessive Use of Force - Forced Cell Moves |
| 22 | Z | Other Special Housing Unit Matters |
| | | |
| 23 | A | Pat Searches |
| 23 | B | Visual (Strip) Searches |
| 23 | C | Quarters Searches |
| 23 | D | Restrained to Bed |
| 23 | Y | Other Searches |
| 23 | Z | Other Use of Restraints |
| | | |
| 24 | A | Food - (Except Diets & Religious Food/Meals) |
| 24 | B | Medical Diets - Delivery/Preparation of |
| 24 | C | Rlgs Food: Certified/Non-Flesh – Delivery/Preparation of |
| 24 | D | Other Special Diets |
| 24 | E | Kitchen or Dining Hall - Conditions |
| 24 | F | Meals: Ceremonial - Delivery/Preparation of |
| 24 | G | Meals: Fasts - Delivery/Preparation of |

BOP000112

## Administrative Remedy Subject Codes

Eff. 09-02-2016

| Code | | Description |
|---|---|---|
| 25 | A | Institution Clothing and Services |
| 25 | B | Personal Clothing or Laundering |
| 25 | C | Safety, Sanitation, Environmental Conditions |
| 25 | D | Personal Property - Incl. Confiscation or Destruction |
| 25 | E | Commissary Services - Products & Operations |
| 25 | F | Commissary Account - Posting Funds, Forms 21/24, etc. |
| 25 | G | Photocopy Request |
| 25 | S | Smoke, Smoking or Tobacco-Related Concerns |
| 25 | Z | Other Operations |
| 26 | A | Medical Care - Delay or Access to |
| 26 | B | Medical Care - Improper or Inadequate |
| 26 | C | Sick Call Procedures |
| 26 | D | Prescriptions, Medication |
| 26 | E | Consultant Referrals, Recommendations |
| 26 | F | Pregnancy, Abortion, Childbirth |
| 26 | G | Other Women's Medical Issues |
| 26 | H | Medical Records |
| 26 | I | Non-Medication/Prescriptions-Bed Boards, Idles, etc. |
| 26 | P | Medical Matters - Copay Issues |
| 26 | Z | Other Medical Matters |
| 26 | T | Transgender- Concerns/Issues |
| 27 | A | Dental Appliances (Braces, Bridges, Crowns, etc.) |
| 27 | B | Dental Care - Improper or Inadequate |
| 27 | C | Dental Care - Delay or Access to |
| 27 | Z | Other Dental Matters |
| 28 | A | Psychotropic or Other Mental Health Medications |
| 28 | B | Mental Health Treatment - Delay or Access to |
| 28 | Z | Other Mental Health Matters |
| 29 | A | Hunger Strikes and Forced Feeding |
| 29 | B | Forced Psychotropic Medication |
| 29 | Z | Other Forced Medical Treatment |
| 30 | A | Credit for Time Spent in Jail |
| 30 | B | Credit for Time Spent on Bond |
| 30 | C | Credit for Time in Residential Reentry Center |
| 30 | D | Credit for Time on Home Confinement |
| 30 | E | Credit for RDAP - Early Release Eligibility |
| 30 | Z | Other Jail Time Credit |
| 31 | A | Concurrent Service |
| 31 | B | Aggregation of Sentence |
| 31 | C | Order of Service of Sentences |
| 31 | D | Credit for Time on Another Sentence - Same Criminal Act |
| 31 | E | Inoperative Time on Escape Status |
| 31 | F | Computation of Violator Term |
| 31 | G | Good Time Earned on Previous Commitment |
| 31 | H | District of Columbia (DC) Extra Good Time |
| 31 | Z | Other Sentence Computation |
| 32 | A | Record Maintenance |
| 32 | B | Detainers, Production on Writ |
| 32 | C | Parole Scheduling, Docketing |
| 32 | D | Presentence Investigation Report (errors) |
| 32 | E | Presentence Investigation Report (access to) |
| 32 | Z | Other Records Management |
| 33 | A | Law Library - Access, Reference Materials |
| 33 | B | Law Library - Equipment, Supplies, Services |
| 33 | C | Legal Assistance Programs |
| 33 | D | Legal Visits |
| 33 | E | Legal Phone Calls |
| 33 | F | Special/Legal Mail |
| 33 | G | Personal Legal Materials and Law Books |
| 33 | H | Administrative Remedy Procedures |
| 33 | I | Law Library - State Legal Reference Material |
| 33 | Z | Other Legal |
| 34 | A | Unprofessional, Inappropriate Conduct or Misconduct by Staff |
| 34 | B | Harassment by Staff |
| 34 | C | Discrimination |
| 34 | D | Assault by Staff |
| 34 | E | Complaint Against Non-Staff Person |
| 34 | F | Sexual Assault/Abuse by Staff |
| 34 | Z | Other Complaint Against Staff |
| 35 | A | Medical Treatment |
| 35 | B | Access to Facilities (Physical Barriers) |
| 35 | C | Access to Programs (RRC Referrals, Recreation, etc.) |
| 35 | D | Rehabilitation Act Accommodation Issues (e.g. deaf, blind) |
| 36 | A | Privacy - Process and Procedural |
| 36 | B | Privacy - Redress |
| 36 | C | Privacy - Operational |
| 36 | D | Privacy - Referrals |
| 36 | E | FOIA Matters |
| 36 | F | Inmate Accident Compensation |
| 36 | G | Requests for Monetary Compensation |
| 37 | A | PREA - Sexual Abuse by Staff |
| 37 | B | PREA – Sexual Abuse by Inmate |

BOP000113

Effective: 12-04-2014

## STATUS/REASON TABLE

| | | |
|---|---|---|
| CLD | DNY | Request or appeal denied substantially in full. |
| CLG | GRT | Request or appeal granted substantially in full. |
| CLG | PAR | Request or appeal partially granted. |
| CLG | PVG | Request or appeal previously granted. |
| CLO | ISJ | Improper subject matter. |
| CLO | MOT | Request or appeal is moot. |
| CLO | OTH | Other. |
| CLO | REP | Request or appeal denied as repetitive of previous filing. |
| CLO | WDN | Withdrawn at inmate's request. |
| CLO | XPL | Information or explanation only. |
| REJ | ATT | You did not submit the correct number of copies of the attachments (new documentation not considered by lower levels). 2 at institution; 3 at region; and 4 at Central Office. |
| REJ | CDC | You must wait for the CCM's decision of the CDC hearing before you may appeal to the regional office. Resubmit your appeal to this office within 30 days of the CCM's decision. |
| REJ | CON | You did not submit your request through your counselor, or other authorized person. |
| REJ | CPG | You did not submit proper number of continuation pages with your request/appeal. 2 – Warden's level; 3 – Regional level; and 4 – Central Office level. The number cited includes your original. |
| REJ | DHO | You did not provide a copy of the DHO report; or you did not otherwise identify the charges and date of the DHO action you are appealing. |
| REJ | DHR | You must wait for the DHO's decision of the DHO hearing before you may appeal to the regional office. Resubmit your appeal to this office within 20 days of the date you receive the DHO's decision. |
| REJ | DIR | Concur with rationale of Regional Office and/or institution for rejection. Follow directions provided on prior rejection notices. |
| REJ | ENG | You may request staff assistance in preparing your request or appeal in English. |
| REJ | FRM | You did not submit your request or appeal on the proper form (BP-9, BP-10, BP-11). |
| REJ | IAT | You did not provide a copy of the attachment(s) to your institution administrative remedy request (BP-9). |
| REJ | INF | You did not attempt informal resolution prior to submission of administrative remedy, or you did not provide the necessary evidence of your attempt at informal resolution. |
| REJ | INS | You must first file a BP-9 request through the institution for the Warden's review and response before filing an appeal at this level. |
| REJ | IRQ | You did not provide a copy of your ___ institution Administrative Remedy Request (BP-9) form or ___ a copy of the (BP-9) response from the Warden. |
| REJ | LEG | All four pages of your (BP-9) (BP-10) (BP-11) form must be legible and worded the same. Photocopies of the form will not be accepted. |
| REJ | MEM | Provide staff verification stating reason untimely filing was not your fault. |
| REJ | MLT | You are appealing more than one incident report (incident number) on a single appeal form. You must file a separate appeal for each incident report (incident number) you wish to appeal. |
| REJ | MSI | You must provide more specific information (e.g. case no.) about your request/appeal so it may be considered. |
| REJ | OBS | Your request contains gratuitous obscene or abusive language. |
| REJ | ONE | You may only submit up to one letter-size (8½" x 11") continuation page. |
| REJ | OTH | See remarks. |
| REJ | PRV | Your issue is not appealable to the BOP. You must use the grievance procedures at your facility. |
| REJ | QUA | You did not submit a complete set (4 carbonized copies) of the request or appeal form. |
| REJ | RAP | You did not provide a copy of your ___ Regional Administrative Remedy Appeal, (BP-10) form or ___ a copy of the (BP-10) response from the Regional Director. |
| REJ | RAT | You did not provide a copy of the attachment(s) to your regional appeal. |
| REJ | RJA | Your appeal of the rejection is untimely. Resubmissions are due within: 5 days (institution); 10 days (CCM or Regional Office); 15 days (Central Office). Submit staff memo on BOP letterhead stating reason untimely filing wasn't your fault. |

BOP000114

Effective: 12-04-2014

# STATUS/REASON TABLE

| | | |
|---|---|---|
| REJ | RSA | You may resubmit your appeal in proper form within 15 days of the date of this rejection notice. |
| REJ | RSF | You may resubmit your appeal in proper form within 5 days of the date of this rejection notice. |
| REJ | RSR | You may resubmit your appeal in proper form within 10 days of the date of this rejection notice. |
| REJ | RVW | Due to your allegations, your appeal is being forwarded to another department for review; however, your appeal was retained in accordance with policy. |
| REJ | SEN | The issue you raise is not a sensitive issue. Your request/appeal is not being returned to you in accordance with policy. |
| REJ | SIG | You did not sign your request or appeal. |
| REJ | UTA | Your appeal is untimely. Central Office appeals must be received within 30 days of the Regional Director's response. This time limit includes mail time. |
| REJ | UTF | Your request is untimely. Institution and CCC requests must be received within 20 days of the event complained about. |
| REJ | UTR | Your appeal is untimely. Regional appeals must be received within 20 days of the Warden's or CCM's response. This time limit includes mail time. |
| REJ | WRL | You submitted your request or appeal to the wrong level or wrong office. |

BOP000115