**U.S. Department of Justice**
**Federal Bureau of Prisons**

Administrative Remedy
Part B – Response

---

**Administrative Remedy Number: 1087950-F1**

---

This is in response to your Administrative Remedy receipted July 15, 2021, wherein you claim, you are being subjected to a SMU referral as punishment for your religious beliefs and affiliation. For relief, you request "compensation in light of RFRA because I am being subjected to emotional damage and distress due to my religious affiliation and activities."

You were not the subject of a SMU referral due to your religious beliefs or affiliation. There are other inmates in your unit whom share your religious beliefs and affiliation that were not referred to a SMU. You were being recommended for a referral to a SMU based on your most recent assaults on another inmate and your past actions and continued disruptive behavior in the CMU. The reason for this referral was based on you meeting the criteria based on your own actions, however, the SMU referral has been removed and you are now designated to Florence Max USP, General Population.

Monetary damages may not be awarded via the administrative remedy process. If you wish to seek monetary compensation based on the negligence of staff, you must file your claim through the administrative procedures applicable to the basis of your claim (i.e., 31 U.S.C. & 3723 or the Federal Tort Claims Act).

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

10/26/21
_____
Date

_____
D. Sproul, Warden

BOP000116

**U.S. DEPARTMENT OF JUSTICE**　　　　　　　**REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Alowhali, Mohamed. R　　42371054　　I　　USP MAR
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

### Part A- INMATE REQUEST

I am being subjected to a SMU referral as punishment for my religious beliefs & affiliation. The official basis for my referral are incident reports which portray me as being part of a gang. Indeed, Hill (who wrote them) has explicitly referred to Islam as "a gang." She considers my leading of ritual prayers to be gang activity. The bottom line is that my religious affiliation is being equated with gang affiliation, and this is being used as the reason for my SMU referral. I did NOT assault anyone. The incidents referred to in the BP-8 reply were fabricated/misleading incident reports in which I did not assault anyone - as is clear from the video.

5-13-2021
DATE　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

### Part B- RESPONSE

　　　　　　　　　　　　　　　　　　　　　　　5.19/13/21

DATE　　　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE　　CASE NUMBER: 1087950-F1

　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

### Part C- RECEIPT
Return to: _____
　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION
SUBJECT: ISHM SMM

DATE　　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

BOP000117

FPI-PEPR　PRINTED ON RECYCLED PAPER　BP-229(13) APRIL 1982

Attachment A

## Administrative Remedy - Informal Resolution
## Marion, Illinois

Staff NS

Inmate's Name **Al-Owhali**   Reg No. **42371054**   Unit **I**   Date **4-29-21**

NOTICE: You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below

1. State your specific complaint: I am being subjected to a SMU referral as punishment for my religious beliefs & affiliation. The official basis for my referral are incident reports which portray me as being part of a gang, and indeed Hill, who wrote them, has explicitly referred to Islam as a gang. She considers my leading ritual prayers as gang activity. The bottom line is that my religious affiliation is being equated with gang affiliation, and this is being used as the reason I'm being referred to the Special Management Unit.

2. State what efforts you have made to informally resolve your complaint: I've spoken to staff and aired my concerns on paper.

3. State what resolution you request: I am requesting compensation in light of RFRA, because I'm being subjected to emotional damage & distress due to my religious affiliation & activities.

Inmate's Signature: /s/   Date: 5/10/21

4. Correctional Counselor's Comments (Steps to Resolve): See attached.

Counselor's Signature: NS/AS   Date: 5-10-21
Unit Manager's Review: NS/AS   Date: 5-10-21

| | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|
| Date | 5-10-21 | 5-10-21 | 5-11-21 | 7/14/21 |
| Time | | | | |
| Counselor | NS | NS | NS | |

MAR-1010.03J    03-27-10

Page 4

BOP000118

You are NOT being subjected for a SMU referral due to your religious beliefs. There are several other inmates in your unit whom share your religious beliefs that are not being referred to a SMU. You are being recommended for a referral to a SMU based on your most recent assaults on another inmate and your past actions and continued disruptive behavior. You also are not being subjected to emotional damage and distress due to your religious affiliation. There are several other inmates in your unit whom share your religious beliefs that are not in distress. The reason for your referral is that you meet the criteria based on your own actions.