IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN ILLINOIS

| | |
|---|---|
| MOHAMED AL-'OWHALI, | |
| PLAINTIFF, | |
| v. | Case Number 21-cv-01399-SMY |
| FEDERAL BUREAU OF PRISONS, ET AL., | |
| DEFENDANTS. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Mr. al-'Owhali, by and through his attorneys Deborah M. Golden and Alan Mills, now moves for an extension of time to respond to Defendants' Motion for Summary Judgment for Failure to Exhaust Administrative Remedies [ECF 25]. This motion is brought pursuant to the Federal Rules of Civil Procedure 6(b)(1)(A) and states as follows

1. Defendants' Motion to Dismiss for Failure to State a Claim [ECF 23] is fully briefed as of December 1, 2022.

2. Defendants filed a Motion for Summary Judgment for Failure to Exhaust Administrative Remedies on December 12, 2022 [ECF 25].

3. Plaintiff's response is currently due January 11, 2023.

4. Plaintiffs' counsel had represented to Defendants' counsel that, *inter alia*, he intends to raise issues of availability such that might warrant a hearing as directed in *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008).

5. Further, Plaintiff remains at the ADX Supermax and communication with him, including communication necessary for drafting and signing declarations, is limited.

6. Plaintiff asks that the deadline to respond to the Motion for Summary Judgment be extended to 90 days after the Court's decision on the Motion to Dismiss Issues.

7. Plaintiff further asks that if the Motion to Dismiss is not fully granted, that any discovery be limited to issues related to the administrative remedy process until after the Court issues a decision on the Motion for Summary Judgment.

8. Defendants' counsel has graciously noted that Defendants' do not object to this motion and defer to the Court's discretion.

9. Further, undersigned counsel understands that Defendants intend to file a short response indicating as such.

10. This motion is not brought for improper purposes of delay.

Wherefore, Plaintiff requests and extension of time until 90 days after the Court's decision on the Pending Motion to Dismiss. Plaintiff further requests that any discovery be limited to issues related to the administrative remedy process until after the Court's decision on this Motion for Summary Judgment issues.

Dated: December 5, 2022

Respectfully submitted,

By: */s/ Deborah M. Golden*
Deborah M. Golden
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20002
202-630-0332 (tel)
202-217-3653 (fax)
dgolden@debgoldenlaw.com

Alan S. Mills
Uptown People's Law Center
4413 North Sheridan Road
Chicago, IL 60640
773-769-1411 (tel)
773-769-2224 (fax)
alan@uplcchicago.org