**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MOHAMED AL-'OWHALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 3:21-cv-1399-SMY |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DEFENDANTS' UNOPPOSED MOTION FOR STAY OF THE ANSWER
DEADLINE**</u>

Defendants, in their official capacities, by and through their attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Ray M. Syrcle, Assistant United States Attorney, now ask the Court to stay the deadline by which to Answer the Amended Complaint and state as follows in support.

1.      On September 25, 2023, the Court denied Defendants' Motion to Dismiss and directed Defendants to Answer the Amended Complaint no later than October 10, 2023.[1]  (Doc. 31).

2.      As Plaintiff's action, in large part, relates to the conditions of his confinement in the United States Penitentiary Florence ADMAX ("ADX"), Defendants have filed a motion seeking transfer of this matter to the District of Colorado, where the ADX is located.  (Doc. 33).

3.      Should this matter be transferred to the District of Colorado, different counsel, from the United States Attorney's Office in the District of Colorado, would likely be assigned to represent Defendants.  Accordingly, in the interests of efficiency and continuity, to allow the same

---

[1] Defendants have sought reconsideration in part, as Plaintiff conceded dismissal of his First Amendment claim. (Doc. 32).

defense counsel to Answer the Amended Complaint, Defendants request a stay of the Answer deadline.

4.      To allow the Court adequate time to rule on the Motion for Transfer, Defendants request a stay of the Answer deadline.  Should the Court deny the transfer motion, Defendants request their deadline to Answer be set at 14-days after entry of an Order denying the motion for transfer.

5.      Counsel for Defendants has conferred with Plaintiff's counsel, and counsel for Plaintiff indicated she has no objection to Defendants' requested stay.

6.      Defendants' requested stay is not made for the purpose of undue delay, and as this matter is in its early stages, with no scheduling order in place, Plaintiff will not be prejudiced by the requested stay.

For the reasons stated above, Defendants request a stay of their deadline by which to Answer Plaintiff's Amended Complaint, and in the event the Motion for Transfer of Venue is denied, Defendants request 14-days after any such denial order by which to Answer the Amended Complaint.

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney
Southern District of Illinois

*/s/ Ray M. Syrcle*
RAY M. SYRCLE
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
(618) 628-3700
(618) 622-3810 (fax)
Email: Ray.Syrcle@usdoj.gov
*Attorneys for Defendants*

2