IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN ILLINOIS

| | |
|---|---|
| MOHAMED AL-'OWHALI,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, ET AL,<br><br>Defendants. | Case Number 21-cv-01399-SMY |

**UNOPPOSED MOTION FOR SUBSTITUTION OF OFFICIAL CAPACITY DEFEDNANTS**

The undersigned counsel for Mr. Mohamed Al-'Owhali respectfully request, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, that the court substitute the following parties:

- Andre Matevousian, now North Central Regional Director of the Federal Bureau of Prisons (BOP), for Defendant Barb von Blanckensee, now retired.

- Linda Geter, now Assistant Director of the BOP, for Andre Matevousian, who previously held that position.

Good cause to grant the Motion exists as follows:

1. These are parties were named in their official capacities.

2. Pursuant to Federal Rule of Civil Procedure 25(d), a public officer sued in an official capacity who resigns or otherwise ceases to hold office while the action is pending is automatically substituted as a party by the officer's successor. The Court has the discretion to

1

order substitution at any time, however, the absence of such an order does not affect the substitution.

3. These changes are confirmed on the official BOP website: https://www.bop.gov/about/agency/leadership.jsp.

4. Counsel for the Defendants has confirmed that this information is correct and that he has no objections to this motion.

WHEREFORE, the undersigned counsel respectfully requests the Court enter an Order granting this Motion and substituting Andre Matevousian and Linda Geter for Barb von Blanckensee and Andre Matevousian, respectively, in their official capacities.

Dated: November 2, 2023

By: */s/ Deborah M. Golden*
Deborah M. Golden
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20002
202-630-0332 (tel)
202-217-3653 (fax)
dgolden@debgoldenlaw.com

Alan S. Mills
Uptown People's Law Center
4413 North Sheridan Road
Chicago, IL 60640
773-769-1411 (tel)
773-769-2224 (fax)
alan@uplcchicago.org