IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOHAMED AL-'OWHALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 3:21-cv-1399-SMY |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY

Defendants, in their official capacities, by and through their attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Ray M. Syrcle, Assistant United States Attorney, now ask the Court for leave to file a Reply to Plaintiff's Opposition to Defendants' Motion to Transfer.

1. Defendants have filed a Motion for Transfer of Venue, requesting this matter be transferred to the District of Colorado. (Doc. 33). Plaintiff, through counsel, filed his response opposing the Defendants' motion on November 2, 2023. (Doc. 37). Per Judge Yandle's Case Management Procedures, any party wishing to file a reply brief must first seek leave within three days of service of the response and cite the exceptional circumstances warranting the filing of a Reply.[1]

2. Here, there exist exceptional circumstances raised in Plaintiff's response that warrant the filing of a reply brief. In his response, Plaintiff asks the Court to apply what appears to be a novel interpretation of the phrase "events or omissions" found in the venue statute as applied to inmate conditions of confinement claims and was therefore not addressed in Defendants'

---

[1] See "Case Management Procedures, Judge Staci M. Yandle," pg. 4, *available at*, https://www.ilsd.uscourts.gov/documents/Yandle.pdf.

1

motion.  (*See* Doc. 37, pg. 3 – 6); 28 U.S.C. §§ 1391(b)(2), (e)(1).  In addition, Plaintiff makes reference to questions of personal jurisdiction of the District of Colorado over Defendant Warden of USP Marion, currently Dan Sproul.  (Doc. 37, pg. 1).  Personal jurisdiction of the District of Colorado as to the Warden of Marion in his or her official capacity is a defense not raised by Defendants, and therefore not addressed in the motion.  Defendants wish to address the question of personal jurisdiction over Defendant Sproul in his official capacity.

3. Defendants therefore request leave to file a short reply to address these issues within seven days after entry of an order granting leave, in accordance with this Court's Case Management Procedures.

For the reasons stated above, Defendants respectfully request the Court grant their Motion for Leave, and allow Defendants leave to file a reply to Plaintiff's Opposition to the Motion to Transfer no later than seven days after an order granting the Motion for Leave.

> Respectfully submitted,
>
> RACHELLE AUD CROWE
> United States Attorney
> Southern District of Illinois
>
> */s/ Ray M. Syrcle*
> RAY M. SYRCLE
> Assistant United States Attorney
> Nine Executive Drive
> Fairview Heights, Illinois 62208-1344
> (618) 628-3700
> (618) 622-3810 (fax)
> Email: Ray.Syrcle@usdoj.gov
> *Attorneys for Defendants*